UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 18-3778

United States of America

v.

Myron Owens,
                                        Appellant

(M.D. Pa. No. 3-15-cr-00013-006)

Present:  CHAGARES, JORDAN and RESTREPO, Circuit Judges

　　1.  Unopposed Motion Under Seal to Redact Court Opinion.


                                        Respectfully,
                                        Clerk/clw

_____ORDER_____
The foregoing motion is granted.  The Clerk will docket the redacted opinion and take all necessary steps to effectuate this order.


                                        By the Court,

                                        s/ Michael A. Chagares
                                        Circuit Judge


Dated: February 4, 2020
CLW/cc: Francis P. Sempa, Esq.
　　　　　Thomas B. Helbig, Esq.